IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| David G. Clark, | : |
| Plaintiff, | : Case No. 09-cv-382 |
| v. | : Judge Marbley |
| | : Magistrate Judge Abel |
| Coshocton Collision Center, | : |
| Defendant. | : |

**CONSENT DECREE AND ORDER APPROVING FLSA SETTLEMENT**

**WHEREAS**, Plaintiff David G. Clark ("Plaintiff") filed an action in the United States District Court for the Southern District of Ohio, Eastern Division, Case No. 09-cv-00382-ALM-MRA on or about March 13, 2009 (the "Litigation") against the Defendant Coshocton Collision Center, ("Defendant"),

**WHEREAS**, Plaintiff and Defendant have agreed to resolve all legal claims, both asserted and unasserted, among Plaintiff, Defendant, and Defendant's owners, without any admission of liability by either party;

**WHEREAS**, the undersigned counsel have determined and hereby represent to the Court that the settlement is a fair, reasonable, and adequate resolution of the Litigation, in light of the all the risks inherent in continued litigation;

**WHEREAS**, Plaintiff understands and agrees to the settlement terms outlined herein and desires to resolve this action under such terms described herein;

**NOW, THEREFORE, IT IS HEREBY AGREED**, that the Parties respectfully request that:

1. This Court should adopt the Confidential Agreement and Full and Final Release of all Claims ("the Agreement") signed by the Plaintiff and the Defendant detailing the specific terms of the settlement of this action, which has been sent to the Court via electronic mail; and,

2. This Court should review Plaintiff's counsel's request for attorney fees and costs, contained within the Agreement and find that the attorney fees and costs are fair and reasonable.

Date: November 16, 2009                                Signatures

/s/Christopher E. Hogan                                /s/Robert E. DeRose
D. Wesley Newhouse                                     Robert E. DeRose
Bar Number:  0022069                                   Bar Number: 0055214
Christopher E. Hogan                                   Robert K. Handelman
Bar Number:  0070236                                   Bar Number: 0019589
Newhouse, Prophater, Letcher & Moots, LLC              Shannon R. Baith
5025 Arlington Center Blvd., Suite 400                 Bar Number: 0082362
Columbus, OH 43220                                     Attorneys for Plaintiffs
Telephone:    (614) 255-5441                           Barkan Neff Handelman Meizlish, LLP
Facsimile:    (614) 255-5446                           360 S. Grant Avenue, P.O. Box 1989
E-mail: wnewhouse@nplmlaw.com                          Columbus, OH  43216-1989
        chogan@nplmlaw.com                             Telephone: (614) 221-4221
                                                       Fax: (614) 744-2300
                                                       E-mail: bderose@bnhmlaw.com
                                                               rhandelman@bnhmlaw.com
                                                               sbaith@bnhmlaw.com

Counsel for Defendants.                                Counsel for Plaintiff.

NOW, this **17** day of **November**, 2009 upon consideration of the above representations of counsel and all other papers and proceedings herein, it is hereby **ORDERED** that the settlement of this action is **APPROVED**; Plaintiff's attorney fees and expenses are **APPROVED**; the Court retains jurisdiction of this matter to enforce the terms of the Agreement and that this action is **DISMISSED**.

Ordered: **17 Nov. 2009**

Algenon L. Marbley
UNITED STATES DISTRICT JUDGE